UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL COSTA,           )<br>                          )<br>     Plaintiff          )<br>                          )<br>v.                        )<br>                          )<br>UNUM LIFE INSURANCE       )<br>COMPANY OF AMERICA,       )<br>UNUMPROVIDENT CORPORA-    )<br>TION and JORDAN'S         )<br>FURNITURE, INC. LONG      )<br>TERM DISABILITY PLAN,     )<br>                          )<br>     Defendants          )  | Civil Action No. 04-12129 MEL |

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)   Defendants seek to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)   I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendants in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3)   I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP, One Monument Square, Portland, ME 04101; (207) 791-1100; gsanchez@pierceatwood.com.

(4)   Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

{W0296201 1}

(5)   No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: 12/16/04

John J. Aromando, BBO # 545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0296197.1}