UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RACHAEL COSTA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12129 MEL |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and JORDAN'S FURNITURE, INC. LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

John J. Aromando
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

DATED: 12/16/04

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendants

{W0296197.1}