UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL COSTA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and JORDAN'S )<br>FURNITURE, INC. LONG )<br>TERM DISABILITY PLAN, )<br>)<br>Defendants ) | Civil Action No. 04-12129 MEL |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including January 20, 2005.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to January 20, 2005, within which to respond to Plaintiff's Complaint.

DATED: December 20, 2004

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0302256.1}

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA  02108

DATED:   December 20, 2004

                                                */s/ John J. Aromando*
                                        John J. Aromando, BBO #545648

{W0302256.1}