UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL COSTA,<br><br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, AND JORDAN'S FURNITURE, INC. LONG TERM DISABILITY PLAN<br>    Defendants | CIVIL ACTION NO. 04-12129 |

## JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, the Defendants Unum Life Insurance Company of America, UnumProvident Corporation and Jordan's Furniture, Inc. Long Term Disability Plan (hereinafter collectively referred to as "Defendants") and the Plaintiff, Rachel Costa (hereinafter "Plaintiff") file this Joint Statement Regarding Pretrial Matters.

### Proposed Discovery Plan and Schedule for Motions

a. Motions to join additional parties and to amend the pleadings must be filed by **April 15, 2005**.

b. The Defendants agree to provide the Plaintiff with a complete copy of the Proposed Record for Judicial Review by **April 1, 2005.**

c. Upon receiving the Proposed Record, the Plaintiff shall review the documents submitted as part of the record and identify those documents containing information that must be redacted or filed under seal pursuant to Rule 5.3 of this Court's Rules

1

    (amendment effective May 6, 2003). Plaintiff shall bear sole responsibility for identifying information that must be redacted or filed under seal pursuant to Rule 5.3. Plaintiff shall notify Defendants' counsel in writing by **May 13, 2005**, providing a list of all information it seeks to redact, or file under seal pursuant to Local Rules 5.3. If the Defendants object to the redaction or filing under seal of any of the information Plaintiff proposes to redact or file under seal, the parties shall confer in an attempt to resolve those issues. If the issues cannot be resolved, either party may file a motion on or before **June 10, 2005** with the Court seeking a ruling on any such issue. Alternatively, either party may file a motion to seal the entire Record for Judicial Review, on or before **August 5, 2005**.

d. If any party proposes that it is entitled to any discovery, to constitute or supplement the Record For Judicial Review, it must file with the Court a submission showing cause for the party's entitlement to such discovery. Any requests for discovery must be filed by **June 10, 2005**. Counsel to any party not proposing discovery shall have two weeks from service of a request for discovery to file an opposition thereto.

e. Any party filing a Motion for Summary Judgment shall do so on or before **August 26, 2005**, or two months after the Court rules on any outstanding motions regarding the scope of the administrative record or discovery.

f. Any party filing an Opposition to a Motion for Summary Judgment shall do so thirty days (30 days) following receipt of the Motion for Summary Judgment.

<u>**Trial by Magistrate**</u>

    The parties do not wish to seek trial before a Magistrate Judge.

**Certification Pursuant to LR, D.Mass.16.1**

The parties' certifications will be filed under separate cover.

**Settlement**

The Plaintiff has submitted a settlement offer to the Defendants pursuant to Rule 16.1(C). The parties are engaged in discussions regarding this offer.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Mala M. Rafik | By: | /s/ Geraldine G. Sanchez (MMR) |
| | Attorney for the Plaintiff | | Attorney for the Defendant |
| | Mala M. Rafik | | Geraldine G. Sanchez |
| | BBO No. 638075 | | Admitted Pro Hac Vice |
| | ROSENFELD & RAFIK, P.C. | | PERCE ATWOOD |
| | 44 School Street, Suite 410 | | One Monument Square |
| | Boston, MA 02108 | | Portland, ME 04101 |
| | (617) 723-7470 | | (207) 791-1332 |

Date:   March 9, 2005