UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL COSTA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-12129 MEL |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| UNUMPROVIDENT CORPORA- ) | |
| TION and JORDAN'S ) | |
| FURNITURE, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' CERTIFICATION OF CONFERENCE

The undersigned certify that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: March 14, 2005

_____
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, Maine 04101
(207) 791-1100

*Attorney for Defendants*

Dated: March 14, 2005

                                                                        _____
                                                                         Michael L. Parker
                                                                         Vice President, Managing Counsel
                                                                         UnumProvident
                                                                         2211 Congress Street
                                                                         Portland, ME  04122

{W0327732.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA 02108

DATED: March 14, 2005

_____
Geraldine G. Sanchez