UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL COSTA,<br><br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, AND JORDAN'S FURNITURE, INC. LONG TERM DISABILITY PLAN<br>    Defendants | CIVIL ACTION NO. 04-12129 |

**JOINT STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), the parties to the above-mentioned matter UnumProvident Corporation and Jordan's Furniture, Inc. Long Term Disability Plan (hereinafter collectively referred to as "Defendants") and the Plaintiff, Rachel Costa (hereinafter "Plaintiff") jointly move to modify the pre-trial schedule established by the Court during the March 15, 2005 Scheduling Conference. Specifically, the parties request that the Court enlarge the deadlines by three weeks each, as follows:

| | | |
|---|---|---|
| 1) | Motions to Redact/Seal:<br>Portions of the Record | From June 10, 2005<br>to July 1, 2005 |
| 2) | Motions for Discovery: | From June 10, 2005 to July 1, 2005 |
| 3) | Motions to Seal the Record: | From August 5, 2005 to August 26, 2005 |

1

    4)    Motions for Summary Judgment:    From August 26, 2005 to September 16, 2006

As grounds for this motion, the parties state as follows:

1) The parties have been engaging in good faith settlement discussions, which will negate the need for costly briefing, if successful;

2) All parties agree to this schedule; and

3) None of the parties will be prejudiced if the schedule is approved.

WHEREFORE, the parties request that this motion be granted.

Respectfully submitted,

By:   /s/ Mala M. Rafik               By:   /s/ Geraldine G. Sanchez (MMR)

Attorney for the Plaintiff                     Attorney for the Defendant
Mala M. Rafik                                     Geraldine G. Sanchez
BBO No. 638075                             Admitted Pro Hac Vice
ROSENFELD & RAFIK, P.C.          PERCE ATWOOD
44 School Street, Suite 410              One Monument Square
Boston, MA 02108                           Portland, ME 04101
(617) 723-7470                               (207) 791-1332

Date:  June 9, 2005