## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RACHAEL COSTA
       Plaintiff

V.

UNUM LIFE INSURANCE CO. of AMERICA. etal;
       Defendant

CIVIL ACTION

NO.   04-12129-MEL

## SETTLEMENT ORDER OF DISMISSAL

**LASKER, S.D.J.**

The Court having been advised on   July 1, 2005   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

July 5, 2005
Date

/s/ George H. Howarth
Deputy Clerk

(04-cv-12129 settlementr.wpd - 12/98)